**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02130-BNB

CRAIG S. ROBLEDO,

    Applicant,

v.

S. JONES (Centennial CF), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Service" (Doc. No. 9), filed by Applicant on October 3, 2011, in which he requests that the Court "e-serve" Respondents. The request is DENIED as unnecessary. Applicant's filings are electronically mailed to opposing counsel through the Case Management/Electronic Case Filing (CM/ECF) system.

Dated: October 5, 2011

---